UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL THOMPSON,<br>           Plaintiff,<br>     v.<br>RITE AID CORPORATION, and others,<br>           Defendants. | Case No. 21-cv-03735-NC<br><br>**ORDER TO CONSENT OR DECLINE MAGISTRATE JUDGE JURISDICTION** |

On May 18, 2021, Plaintiff brought this ADA action against Defendants. ECF 1. Under 28 U.S.C. § 636(c)(1), all parties must consent to the jurisdiction of a magistrate judge in order for the magistrate judge to exercise jurisdiction over a civil action. *See also* Fed. R. Civ. P. 73. Plaintiff and Defendants Leonard Steven Marinello, Toni Ann Dimiceli, Leo. I. Picollo, and August J. Picollo timely consented to this Court's jurisdiction. ECF 6; ECF 13. After setting aside the default entered against Defendant Rite Aid Corporation, the Court reminded Rite Aid to consent or decline jurisdiction by August 18, 2021. ECF 17; ECF 18. As of August 19, 2021, Rite Aid has not responded. The Court now ORDERS Rite Aid to consent or decline the jurisdiction of a magistrate judge by August 26, 2021, or the Court will request that this case be reassigned to a District Judge.

//

**IT IS SO ORDERED.**

Dated:  August 19, 2021                    _____
NATHANAEL M. COUSINS
United States Magistrate Judge